The People of the State of New York, Appellant, *v.*
      Henry K. Stevens, Respondent.

(Argued March 12, 1888; decided April 10, 1888.)

Appeal from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 24, 1885, which affirmed a judgment of the
Court of Oyer and Terminer, of the county of Monroe, entered
upon a verdict convicting the defendant of the crime of grand
larceny, and which denied a motion for a new trial.

*William L. Marcy* for appellant.

*John Laughlin* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

L. Winants Winants *v.* Marcus L. Blanchard, Respondent,
      Edward I. McClaskey, Appellant.

(Argued March 13, 1888; decided April 10, 1888.)

Appeal from order of the General Term of the Supreme
Court in the third judicial department, made December 5,
1887, which affirmed an order of Special Term directing the
appellant to pay to the defendant's attorney the costs awarded
to defendant.

*J. H. Clute* for appellant.

*N. P. Hinman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.